IN RE: ADVISORY OPINION ¶ 544 OF THE SUPREME COURT
ADVISORY COMMITTEE ON PROFESSIONAL ETHICS.
October 29, 1985.

Motion of Community Health Project for reconsideration of
this Court's denial of its petition for review is granted. The
petition for review is granted. (See 101 *N.J.* 335).

RAYMOND GERALD v. COMMISSIONER, NEW JERSEY
DEPARTMENT OF CORRECTIONS.
October 29, 1985.

Petition for certification granted. (See 201 *N.J.Super.* 438)

RAYMOND GERALD v. COMMISSIONER, NEW JERSEY
DEPARTMENT OF CORRECTIONS.
October 29, 1985.

Cross-petition for certification granted. (See 201 *N.J.Super.*
438)

DORIS MCKINNEY GAMBRELL v. AMERADA
HESS CORPORATION.
October 29, 1985.

Petition for certification denied.

IN THE MATTER OF THE REGISTRATION OF HOTEL AND RES-
TAURANT EMPLOYEES INTERNATIONAL UNION LOCAL 54.
October 29, 1985.

Petitions for certification denied. (See 203 *N.J.Super.* 297)